# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   : No. 141 EM 2014
:
            Respondent   :
:
:
:
               v.   :
:
:
:
JOHN HART,   :
:
            Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.